# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH REEDOM, | Case No. 1:21-cv-01645-SAB |
| Plaintiff, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF Nos. 11, 13) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On May 10, 2022, the parties submitted a stipulated request to extend the deadline for Plaintiff to file the opening brief, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 13.) The parties seek a sixty-day extension of time to file Plaintiff's opening brief from May 20, 2022, to July 19, 2022.[1] The parties proffer good cause exists for the following reasons: (1) counsel underwent major orthopedic surgery on March 17, 2022, is dealing with post-operation pain and secondary effects of medications, and is working shorter periods throughout the day with significant breaks throughout, and is undergoing twelve weeks of physical therapy for four days per week; (2) Social Security filings in federal court have

---

[1] The parties additionally request the Court continue the remaining deadlines as follows: Defendant's responsive brief due on or before September 2, 2022, and the reply brief due on or before September 19, 2022. This is nearly, though less flexibly, the same thing already required in the scheduling order, as the proposed responsive brief deadline of September 19, 2022, is forty-five days after the proposed opening brief deadline, and the proposed reply deadline is fifteen days after that. Therefore, the Court declines to grant the remainder of the parties' request as unnecessary, but will note the remaining deadlines in the schedule shall be also be modified as consistent with this order.

increased due to an increase in appeals council decisions, an increase in hearings at the administrative levels, and delays in production of transcripts resulting from shelter-in-place mandates and Court-ordered stays due to the pandemic; and as a result counsel has received a "greater-than-usual" number of answers and certified administrative records from Defendant, including over fifty-six cases in February and March 2022; (3) counsel for Plaintiff has twenty merit briefs due during the weeks of May 2 and May 9, 2022, along with several letter briefs and reply briefs; and (4) another attorney with the firm, Dolly Trompeter, is currently out of state due to her father's medical condition and as a result counsel has taken on additional matters compounding his need for an extension. (Id. at 1–2.)

While the Court is acutely aware of the increased numbers of Social Security cases requiring attention, given that it is also currently impacted by a significant backlog of such cases awaiting review and decisions on the merits, it nonetheless must acknowledge some concerns with the parties' stipulated motion. Namely, some of counsel's proffers, which are identical to a number of similar requests for extensions recently granted by the Court,[2] appear to be outdated and now inaccurate. Specifically, counsel's averment that his colleague Dolly Trompeter is currently out of state is contradicted by a stipulated motion to modify the schedule filed by Ms. Trompeter on May 9, 2022, indicating she has returned to California and is catching up on her past due assignments. See Michael v. Comm'r of Soc. Sec., No. 1:21-cv-00395-SAB, at ECF No. 21 (E.D. Cal. May 9, 2022) (seeking extension on this basis). The Court additionally reminds counsel, once more, that it is typically more inclined to grant a thirty-day extension than the sixty-day extension requested here. However, the Court is sufficiently satisfied that good cause exists to grant the requested extension, and will do so for the instant case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 13) is

---

[2] See, e.g., Lewis v. Comm'r of Soc. Sec., No. 1:21-cv-01243-DAD-SAB, at ECF No. 12 (E.D. Cal. May. 9, 2022) (extending opening brief deadline to July 15, 2022); Frausto v. Comm'r of Soc. Sec., No. 1:21-cv-01132-DAD-SAB, at ECF No. 14 (E.D. Cal. May. 2, 2022) (extending opening brief deadline to July 5, 2022); Vang v. Comm'r of Soc. Sec., No. 1:21-cv-00488-SAB, at ECF No. 15 (E.D. Cal. Apr. 28, 2022) (extending opening brief deadline to July 1, 2022); Rivera v. Comm'r of Soc. Sec., No. 1:21-cv-00761-SAB, at ECF No. 14 (E.D. Cal. Apr. 4, 2022) (extending opening brief deadline to June 20, 2022).

GRANTED;

2. Plaintiff shall have until **July 19, 2022**, to file the opening brief; and

3. All remaining deadlines as set forth in the amended scheduling order (ECF No. 11) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**May 11, 2022**__

UNITED STATES MAGISTRATE JUDGE